## KING *v.* CONSOLIDATED UNDERWRITERS.

No. 273, Misc.   Decided December 14, 1959.

*Richard E. McDaniel* for appellant.

*Fred Hull* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.